# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN FLOYD VOSS,
        Appellant,

vs.

THE STATE OF NEVADA,
        Respondent.

No. 70584

**FILED**

JUL 1 1 2016



## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for relief from judgment. Second Judicial District Court, Washoe County; Jerome M. Polaha, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____ Cherry _____, J.
Cherry

_____ Douglas _____, J.
Douglas

_____ Gibbons _____, J.
Gibbons

cc:    Steven Floyd Voss
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk

16-21361